UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AL HEYDARIAN,

     Plaintiff,                     NO. CIV. S-06-2234 LKK/KJM

    v.                                 O R D E R

AGILENT TECHNOLOGIES, INC.,
INCOME PROTECTION PLAN, VPA,
INC., and DOES 1 to 100,

     Defendants.
_____/

    Defendant filed a motion to dismiss in this case on October 16, 2006, which is set for hearing on December 1, 2006. Subsequently, plaintiff filed a first amended complaint on November 14, 2006, making the motion to dismiss moot.

    Accordingly, the court orders as follows:

    1.   The motion to dismiss is DENIED as moot.

    2.   The hearing on the motion to dismiss currently scheduled

////

////

1  for December 1, 2006 is hereby VACATED.
2      IT IS SO ORDERED.
3      DATED: November 17, 2006.

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```